

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2015

No. 04-15-00127-CV

**EL CABALLERO RANCH, INC.** a/k/a El Caballero, LLC and Laredo Marine, LLC,
Appellant

v.

**GRACE RIVER RANCH, LLC** and County of La Salle, as third-party defendant],
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on April 29, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court